**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Cruz MARTINEZ–HERNANDEZ, aka Jesus Cruz Martinez Hernandez; aka Pablo Martinez Hernandez; aka Pablo Hernandez Martinez, Defendant–Appellant.**

No. 00–50184.

D.C. No. CR–99–00266–CAS–1.

United States Court of Appeals, Ninth Circuit.

Submitted * April 5, 2001.

Decided April 16, 2001.

Before HUG, DUHÉ,** and TALLMAN, Circuit Judges.

MEMORANDUM ***

Jose Cruz Martinez–Hernandez pled guilty to being found in the United States after having been officially deported, in violation of 8 U.S.C. § 1326(a). He was given a 16–level sentencing enhancement under U.S.S.G. § 2L1.2(b)(1)(A) for having committed an aggravated felony prior to deportation.

The 16–level enhancement does not violate the Supreme Court's holding in *Ap-*

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. 34(a)(2).

** Honorable John M. Duhé, Jr., Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

*prendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), amended (Feb. 8, 2001).

AFFIRMED.